UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN DOE,

|  |  |
|---|---|
| Plaintiff, | 23 Civ. 1307 (KPF) |
| -v.- | ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM AND FOR PROTECTIVE ORDER |
| THE BOARD OF DIRECTORS OF NEW YORK UNIVERSITY, EZRA SACKS, and CRAIG JOLLEY, | |
| Defendants. | |

------------------------------------------------------------------X

Upon Plaintiff's Motion to Proceed Under Pseudonym and for Protective Order, and upon review of the Complaint, Declaration of Andrew T. Miltenberg, Esq., and Memorandum of Law in Support of Plaintiff's Motion, it is hereby

**ORDERED** that Plaintiff's Motion to Proceed Under Pseudonym is **GRANTED**, and it is

**FURTHER ORDERED**, that the Plaintiff's Motion for a Protective Order prohibiting Defendants from publicly identifying Plaintiff, in court filings or otherwise, is **GRANTED.**

Dated:   February 16, 2023
         New York, New York

*Katherine Polk Failla*

Honorable Katherine Polk Failla
United States District Judge

The Clerk of Court is directed to terminate the pending motion at docket number 4.