**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL        212.763.0883
DIRECT EMAIL     rkaplan@kaplanhecker.com

March 14, 2023

**BY CM/ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007



Re:   *Doe v. Board of Directors of New York University*,
No. 1:23-cv-01307-KPF

Dear Judge Failla:

We represent Defendants in the above-captioned action.[1] We write with Plaintiff's consent to respectfully request a brief adjournment of the initial pretrial conference currently scheduled for Thursday, May 4, 2023, at 12:00 p.m. *See* ECF 13. The parties have not sought or received any previous adjournments.

Defendants request this adjournment because lead counsel is scheduled to begin trial in *Carroll v. Trump*, No. 22 Civ. 10016 (LAK) (JLC) (S.D.N.Y.), on April 25, which is expected to extend beyond May 4. In addition, lead counsel is scheduled to be travelling May 11 - 15.

The parties have conferred and are available to participate in a rescheduled initial pretrial conference during the following dates and times:

- Wednesday, May 17:  10 a.m. to 4 p.m.
- Thursday, May 18:  9 to 10 a.m. or 3 to 5 p.m.

If the Court reschedules the initial pretrial conference during any of the above proposed dates and times, the parties further propose that they submit the Proposed Civil Case Management Plan and

---

[1] New York University is officially incorporated as "New York University," which is therefore the name of the relevant Defendant in this case, not "The Board of Directors of New York University," which does not exist.

**KAPLAN HECKER & FINK LLP**

2

Scheduling Order and joint letter discussed in this Court's notice, see ECF 13 at 1–2, by no later than Thursday, May 11, 2023.

Respectfully submitted,

Roberta A. Kaplan

cc: Counsel of Record

```
Application GRANTED.  The initial pretrial conference currently
scheduled for May 4, 2023, is hereby ADJOURNED to May 17, 2023, at
10:00 a.m.  Per the Court's Notice of Initial Pretrial Conference
(Dkt. #13), the parties are to submit a proposed civil case
management plan and scheduling order, as well as a joint letter,
on or before May 11, 2023.

Dated:    March 14, 2023              SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE