**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

June 20, 2023

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court
40 Foley Square, Room 2103
New York, NY 10007

     Re:    *Doe v. New York University*, No. 23 Civ. 1307 (KPF)

Dear Judge Failla:

     Pursuant to Rule 4(E) of Your Honor's Individual Rules of Practice in Civil Cases, Defendants New York University, Ezra Sacks, and Craig Jolley respectfully request that the Court hold oral argument on their Motion to Dismiss the First Amended Complaint.

                                                      Respectfully submitted,

                                                      Roberta A. Kaplan

cc:    Counsel of Record (via ECF)