**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

June 20, 2023

VIA ECF

The Honorable Katherine Polk Failla
United States District Court
40 Foley Square, Room 2103
New York, NY 10007



MEMO ENDORSED

Re:   *Doe v. New York University*, No. 23 Civ. 1307 (KPF)

Dear Judge Failla:

Pursuant to Rule 4(E) of Your Honor's Individual Rules of Practice in Civil Cases, Defendants New York University, Ezra Sacks, and Craig Jolley respectfully request that the Court hold oral argument on their Motion to Dismiss the First Amended Complaint.

Respectfully submitted,

Roberta A. Kaplan

cc:   Counsel of Record (via ECF)

```
The Court is in receipt of Defendants' request for oral argument
concerning their Motion to Dismiss.  If the Court determines that oral
argument would be useful, it will promptly reach out to the parties.

The Clerk of Court is directed to terminate the pending motion at
docket number 38.

Dated:      June 21, 2023            SO ORDERED.
            New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE