UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br>*Plaintiff,*<br><br>v.<br><br>NEW YORK UNIVERSITY, EZRA SACKS, and CRAIG JOLLEY,<br>*Defendants.* | No. 1:23-cv-01307-KPF<br><br>**Order for Admission Pro Hac Vice** |

The motion of Jackson Erpenbach ("Applicant") for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

Jackson Erpenbach
KAPLAN HECKER & FINK LLP
1050 K Street, NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
jerpenbach@kaplanhecker.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Defendants in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July 11, 2023
       New York, New York

_____
HONORABLE KATHERINE POLK FAILLA
United States District Judge

The Clerk of Court is directed to terminate the pending motion at docket number 41.