UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOHN DOE,

                Plaintiff,

-against-                            23 **CIVIL** 1307 (KPF)

**JUDGMENT**

EZRA SACKS, CRAIG JOLLEY, and NEW YORK
UNIVERSITY,

                Defendant.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 2, 2024, Defendants' motion to dismiss is GRANTED. Plaintiff's federal claims are dismissed with prejudice, and Plaintiff's state-law claims are dismissed without prejudice to their refiling. Accordingly, the case is closed.

**Dated:** New York, New York

      February 2, 2024

                                              **RUBY J. KRAJICK**
                                                 Clerk of Court

                **BY:**

                                                 **Deputy Clerk**